KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 5:15-CV-00683-VAP-DTB |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| MICHAEL IORIO, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MICHAEL IORIO, in the total amount of $4,873.80.

Dated: October 22, 2015

*/s/ Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Judge

1